FILED

02/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0666

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA-23-0666

Attorney for Appellant,
Shari Maclay

Don C. St. Peter, Esq.
Logan Nutzman, Esq.
ST. PETER LAW OFFICES, P.C.
2620 Radio Way
P.O. Box 2620
Missoula, MT 59808
Telephone: (406) 728-8282
Fax: (406) 728-8141
Email: don@stplawoffices.com; logan@stplawoffices.com

---

IN THE MATTER OF     )
           )
   MARTIN W. MACLAY  )
           )
DECEASED.      )
           )
           )
           )
           )

---

## ORDER GRANTING EXTENSION OF TIME

---

UPON REVIEW OF *Appellant's Motion for Extension of Time to File Hearing Transcript*, and good cause shown, IT IS HEREBY ORDERED that

Page 1

the Extension is GRANTED.  Appellant shall file the September 19, 2023

hearing transcript on or before February 29, 2024.

DATED this ___ day of January, 2024.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 2 2024